IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: MELODY LEE ) | |
| ) | |
| Specialized Loan Servicing, LLC/RMS ) | |
| Residential Properties LLC, as Owner ) | |
| Designee, ) | |
|         Creditor, ) | |
| ) | |
|   vs. ) | CASE NO. 08B17755 |
| ) | JUDGE Manuel Barbosa |
| MELODY LEE, ) | |
|         Debtor ) | |

### RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE

Now comes Specialized Loan Servicing, LLC/RMS Residential Properties LLC, as Owner Designee, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the February 1, 2012 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of April 3, 2012:

   | | |
   |---|---:|
   | a. Attorney's Fees | $250.00 |
   | b. Payments (2/12 – 3/12: 2 @ $1,882.73 & 1 @ $$1,868.70) | $5,634.16 |
   | c. Filing Fees/Court Costs | $75.00 |
   | d. Bankruptcy/Proof of Claim Fees | $1,100.00 |
   | e. Appraisal/BPO Fees | $720.00 |
   | f. Property Inspection Fees | $184.67 |
   | Total | $7,963.83 |

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice Specialized Loan Servicing, LLC/RMS

Residential Properties LLC, as Owner Designee rights to collect these amounts will be unaffected.

        Respectfully Submitted,

        Specialized Loan Servicing,
        LLC/RMS Residential Properties
        LLC, as Owner Designee

        /s/Lydia Y. Siu
        Lydia Y. Siu
        ARDC#6288604

        Pierce and Associates, P.C.
        1 North Dearborn
        Suite 1300
        Chicago, Illinois 60602
        (312)346-9088

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

RE:  MELODY LEE                        )
                                       ) CASE NO. 08B17755
Specialized Loan Servicing, LLC/       )
RMS Residential Properties LLC,        )
as Owner Designee,                     ) Judge Manuel Barbosa
              Creditor,                )
       vs.                             )
                                       )
MELODY LEE,                            )
              Debtor,                  )

### CERTIFICATE OF SERVICE

    I, the undersigned Attorney, Certify that a copy of this Response was served to the Addresses attached by Electronic Notice through ECF or depositing same at the U.S. Mail at 1 North Dearborn Street, 13th Floor, Chicago, IL 60602 at 5:00 p.m. on April 11, 2012, with proper postage prepaid.

                              /s/Lydia Y. Siu
                              Lydia Y. Siu
                              ARDC#6288604

**\*\*\*THESE DOCUMENTS ARE AN ATTEMPT**    Pierce and Associates,
**TO COLLECT A DEBT AND ANY**            1 North Dearborn
**INFORMATION OBTAINED WILL BE USED**    13th Floor
**FOR THAT PURPOSE\*\*\***                  Chicago, IL 60602

<u>NOTICE OF MOTION ADDRESSES</u>

To Trustee:
Glenn B. Stearns
801 Warrenville Rd
Suite 650
Lisle, Illinois 60532
**by Electronic Notice though ECF**

To Debtor:
MELODY LEE
2519 Rolling Ridge
Elgin, IL 60123
**by U.S. Mail**

P.O. BOX 55
Elgin, IL 60177
**by U.S. Mail**

To Attorney:
Costello & Costello
19 North Western Avenue, Route 31
Carpentersville, Illinois 60110
**by Electronic Notice though ECF**

PIERCE & ASSOCIATES, P.C.
Attorneys for: Creditor
1 North Dearborn Suite 1300
Chicago, Illinois 60602
(312) 346-9088

PA12-1804